NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1019
(Serial No. 10/770,072)

IN RE EDWARD K. Y. JUNG and LOWELL L. WOOD, JR.

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

Minnesota Intellectual Property Law Association moves for a 7-day extension of time, until March 4, 2010, to file its brief amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

__MAR 0 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert Greene Sterne, Esq.
     Raymond T. Chen, Esq.
     Greg H. Gardella, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2010

JAN HORBALY
CLERK